# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CONSTELLAR CORP., MARYANN KURMLAVAGE, AND WOODLAND TERRACE HOMEOWNERS' ASSOCIATION, | : | No. 331 EAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| Petitioners | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ZONING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA, CITY OF PHILADELPHIA, OAP, INC., AZALEA GARDENS PARTNERS, LP AND TRUSTEES OF UNIVERSITY OF PENNSYLVANIA, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.